[Civil No. 935.]

THE TERRITORY OF ARIZONA, Plaintiff, v. THE BOARD OF SUPERVISORS OF MOHAVE COUNTY, ARIZONA, composed of John S. Kolar et al., and Thomas McNealy, as Clerk of the Board of Supervisors of Mohave County, Defendants.

ORIGINAL PETITION for Writ of Mandamus.

E. S. Clark, Attorney-General, for Plaintiff.

E. E. Ellinwood, for Defendants.

January 20, 1906.   Demurrer sustained.

[Civil No. 936.]

THE TERRITORY OF ARIZONA, Plaintiff, v. THE BOARD OF SUPERVISORS OF GRAHAM COUNTY, ARIZONA, composed of Baylor Shannon et al., and Geo. Carlton, as Clerk of the Board of Supervisors of Graham County, Defendants.

ORIGINAL PETITION for Writ of Mandamus.

E. S. Clark, Attorney-General, for Plaintiff.

Chas. L. Rawlins, and Herring & Sorrin, for Defendants.

January 20, 1906.   Demurrer sustained.